No. 8,069.—STATE ex Rel. H. R. BODEN, Admr., Relator, *v.* DISTRICT COURT et al., Respondents.

Decided January 30, 1940.

PER CURIAM.—After due consideration of the application of relator for writ of prohibition, the petition is denied.